[No. 26162-0-III.   Division Three.   May 6, 2008.]

CHRISTOPHER A. DUNCAN, *Respondent*, v. CATHERINE A. PETERSCHICK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-00790-0, Paul A. Bastine, J., entered April 23, 2007. *Reversed* and *remanded* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney, J., and Thompson, J. Pro Tem.

[No. 26784-9-III.   Division Three.   May 6, 2008.]

*In the Matter of the Estate of* WALTER W. KING, JR.

Appeal from a judgment of the Superior Court for Grant County, No. 01-4-00160-8, Evan E. Sperline, J., entered April 27, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Sweeney, J., and Thompson, J. Pro Tem.

[No. 58378-6-I.   Division One.   May 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. SAGADEWAN NAICKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-13052-9, LeRoy McCullough, J., entered June 13, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, A.C.J., and Becker, J.

[No. 58957-1-I.   Division One.   May 12, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHRAN WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-01330-8, Douglas D. McBroom, J., entered October 9, 2006. *Affirmed* by unpublished per curiam opinion.